United States District Court
Northern District of California

SADIE S. SHAW,

        Plaintiff,

    v.

J.P. MORGAN CHASE BANK, N.A., et al.,

        Defendants.

Case No.: CV 13-03165-KAW

ORDER TO SHOW CAUSE

Plaintiff Sadie S. Shaw is proceeding pro se. On November 7, 2013, Defendants filed a motion to dismiss. The motion is currently set for hearing on January 2, 2014.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on November 25, 2013. Plaintiff did not file an opposition.

The Court's January 2, 2014 hearing on the motion to dismiss is VACATED. The Court orders Plaintiff , by no later than **January 6, 2014**, to show cause why her case should not be dismissed for failure to prosecute, and file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

///
///
///
///
///

To aid in her compliance, Plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: December 13, 2013

KANDIS A. WESTMORE
United States Magistrate Judge