United States District Court
Northern District of California

SADIE S. SHAW,

    Plaintiff,

    v.

J.P. MORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No.: CV 13-03165-KAW

ORDER DISMISSING CASE WITHOUT PREJUDICE

On July 9, 2013, Plaintiff Sadie S. Shaw filed this action against Defendant J.P. Morgan Chase. She is proceeding pro se. On November 7, 2013, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on November 25, 2013. Plaintiff did not file an opposition.

On December 13, 2013, the Court issued an order to show cause to Plaintiff to explain why her case should not be dismissed for failure to prosecute, and file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss by January 6, 2014. (Dkt. No. 20.) To date, Plaintiff has not responded to the Court's Order nor has she filed an opposition to Defendant's motion to dismiss.

Pursuant to the Court's standing order, "failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." *See* Judge Westmore's General Standing Order ¶ 21.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power'"). Unless otherwise stated, a dismissal under Rule 41(b) "operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

In light of the fact that Plaintiff is proceeding pro se, the Court dismisses this action without prejudice for failure to prosecute. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: February 3, 2014

KANDIS A. WESTMORE
United States Magistrate Judge